**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| In The Matter Of: | In Bankruptcy: |
| ALAN M TACCONELLI | Case No. 08-68241-MBM |
| CARLA L TACCONELLI | Chapter 7 |
| | Hon. MARCI B. McIVOR |
| Debtor(s) | |
| _____/ | |

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $3.69 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Michigan Department of Treasury<br>Collections/Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909 | 10 | $3.69 |

**Total: $3.69**

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 06/10/2010